UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BENTLY MARION II, | Case No. ED CV 11-1567 SJO (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| BRENDA CASH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 15, 2012.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE